# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA JONES, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-16-1146-F ) |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On May 19, 2017, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, wherein he recommended defendant's final decision denying plaintiff's application for disability insurance benefits under the Social Security Act be affirmed. Magistrate Judge Erwin advised the parties of their right to file specific objections to the Report and Recommendation by June 2, 2017 and further advised that failure to make timely objection to the Report and Recommendation waives the right to appellate review of the factual and legal issues addressed.

To date, neither party has filed an objection to the Report and Recommendation or requested an extension of time to file one. With no objection being filed within the time prescribed by Magistrate Judge Erwin, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 22) issued by United States Magistrate Judge Shon T. Erwin on May 19, 2017 is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Nancy A. Berryhill,

Acting Commissioner of the Social Security Administration, denying plaintiff, Angela Jones' application for disability insurance benefits under the Social Security Act is **<u>AFFIRMED</u>**. Judgment shall issue forthwith.

IT IS SO ORDERED this 5th day of June, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-1146p002.docx